UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MELISSA VAN DYKE, an individual

    Plaintiff,

v.                                     Case No: 2:16-cv-401-FtM-38CM

CAFE LUNA OF NAPLES, INC.,
CAFE LUNA EAST, LLC,
SHANNON RADOSTI and
EDWARD BARSAMIAN,

    Defendants.

## ORDER

This matter comes before the Court upon review of the Joint Motion to Conduct Attorneys Conferral on Settlement via Telephone (Doc. 24) filed on November 14, 2016. Plaintiff's claims against Defendants involve the Fair Labor Standards Act ("FLSA"). Doc. 1 at 8-9, 10-11. The parties' counsel seek the Court's permission to appear at a settlement conference by telephone. Doc. 24 at 2.

On September 30, 2016, the Court entered an Amended Scheduling Order, directing counsel for the parties to "meet and confer *in person* in a good faith effort to settle all pending issues, including attorneys' fees and costs." Doc. 21 at 2 (emphasis added). The Court also has emphasized that "the most advantageous vehicle through which to encourage early discussion and possible resolution of FLSA cases is the conduct of an in-person settlement conference between counsel before the general discovery phase begins." *Vega v. Circle K Stores, Inc.*, No. 2:14-cv-298-FtM-38CM, 2014 WL 4101642, at *2 (M.D. Fla. Aug. 20, 2014).

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

The Joint Motion to Conduct Attorneys Conferral on Settlement via Telephone (Doc. 24) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of November, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record